UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DORIS FOTO TERRAL | CIVIL ACTION NO. 10-738 |
| VERSUS | JUDGE JACKSON |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | MAGISTRATE REIDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| DORIS FOTO TERRAL | CIVIL ACTION NO. 10-757 |
| VERSUS | JUDGE JACKSON |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | MAGISTRATE REIDLINGER |

THIS PLEADING APPLIES TO CIVIL ACTION 10-757

## ORDER

Considering the Answer, Counterclaim and Third Party Demand in Interpleader filed by Genworth Life and Annuity Company and the foregoing Motion for Order on Interpleader Claim:

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff-in-Interpleader, Genworth Life and Annuity Company, is hereby ordered to deposit the Death Benefit from the Purchase Payment Variable Deferred Annuity Contract bearing Contract Number T06439006 ("Annuity Contract") ($407,739.56 as of March 4, 2011) into the registry of the Court within ten business days of the signing of this Order.

1

Finance

2. The Clerk of Court for the U.S. District Court, Middle District of Louisiana, is hereby ordered and directed to accept the Death Benefit from Genworth Life and Annuity Company and deposit same into the registry of the Court pending further order of the Court.

3. Each of the defendants-in-Interpleader, Doris Foto Terral and William Lyle Terral as trustee of the Terral Children's Trust, is hereby restrained from instituting any action against Genworth Life and Annuity Company for death or other benefits under the Annuity Contract pursuant to 28 U.S.C. § 2361;

4. Each of the defendants-in-Interpleader shall interplead their respective rights to the Death Benefit deposited into the registry of the Court.

5. Plaintiff-in-Interpleader, Genworth Life and Annuity Company, upon fulfillment of the terms of this Order, is hereby discharged from all liability to the defendants-in-Interpleader in connection with the Annuity Contract.

Baton Rouge, Louisiana, this 15th day of March, 2011.

_____
JUDGE BRIAN JACKSON
U.S. DISTRICT COURT

2